# CURRICULUM VITAE

**Name:**                    Edward Elliot Telzak

**Date of Birth:**           April 22, 1955

**Place of Birth:**          Bronx, New York

**Nationality:**             United States Citizen

**Education:**

Oberlin College
1974, Oberlin, Ohio

Columbia University
1976, A.B, New York, New York
(summa cum laude/Phi Beta Kappa)

The Albert Einstein College of Medicine
1980, M.D., Bronx, New York

**Postdoctoral Training:**

## INTERNSHIP AND RESIDENCIES

1980-1981    Intern, Tufts University School of Medicine-New England Medical
             Center, Medicine, Boston, Massachusetts

1981-1983    Resident, Tufts University School of Medicine-New England Medical
             Center, Medicine, Boston, Massachusetts

## FELLOWSHIPS

1983-1984    Research Fellow, Division of Experimental Medicine, Tufts University School of
             Medicine-New England Medical Center, Boston, Massachusetts and Egyptian
             Organization for Biological and Vaccine Production, Cairo, Egypt

1984-1985    Clinical Fellow, Division of Infectious Diseases, Brigham and Women's
             Hospital, Beth Israel Hospital and Dana-Farber Cancer Institute Joint Program,
             Harvard Medical School, Boston, Massachusetts

1985-1986    Research Fellow, Divisions of Geographic Medicine and Infectious Diseases,
             Tufts University School of  Medicine-New England Medical Center, Boston,
             Massachusetts

1

## EDWARD E. TELZAK, M.D.

### Positions and Appointments:

## GOVERNMENT APPOINTMENTS

| | |
|---|---|
| 1986-1988 | Epidemic Intelligence Service (E.I.S.) Officer, Division of Field Services, New York City Department of Health, Epidemiology Program Office, Centers for Disease Control, Atlanta, Georgia |
| 1988-1991 | Medical Epidemiologist, AIDS Research, New York City Department of Health, New York, New York |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1984-1985 | Instructor in Medicine, Harvard Medical School, Boston, Massachusetts |
| 1991-1993 | Assistant Professor of Medicine, Albert Einstein College of Medicine, Bronx, New York |
| 1993-2001 | Associate Professor of Medicine, Albert Einstein College of Medicine, Bronx, New York |
| 1993-2001 | Associate Professor of Epidemiology and Social Medicine, Albert Einstein College of Medicine, Bronx, New York |
| 2001-present | Professor of Medicine, Albert Einstein College of Medicine, Bronx, New York |
| 2001-present | Professor of Epidemiology and Population Health, Albert Einstein College of Medicine, Bronx, New York |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1988-1991 | Clinical Assistant Physician, Infectious Disease Service, Memorial Sloan Kettering Cancer Center, New York, New York |
| 1991-present | Chief, Division of Infectious Diseases, Bronx-Lebanon Hospital Center, Bronx, New York |
| 1999-present | Director, AIDS Program, Bronx-Lebanon Hospital Center, Bronx, New York |
| 2000-present | Vice Chair, Department of Medicine, Bronx-Lebanon Hospital Center, Bronx, New York |

## EDWARD E. TELZAK, M.D.

### Licensure and Certifications:

Year: 1980    Place of Issue: Boston, Massachusetts

Year: 1986    Place of Issue: New York City, New York

### Board Certification:

Year: 1981    Name: National Board of Medical Examiners

Year: 1983    Name: American Board of Internal Medicine

Year: 1988    Name: American Board of Internal Medicine, Subspecialty Board in
Infectious Disease

### Scientific and Medical Societies:

American Association for the Advancement of Science
American College of Physicians
American Public Health Association
American Society for Microbiology
Infectious Disease Society of America
International Immunocompromised Hosts Society
New York Academy of Medicine
Physicians for Social Responsibility

### Reviewer:

AIDS
American Journal of Medicine
American Journal of Public Health
American Journal of Respiratory and Critical Care Medicine
Annals of Internal Medicine
Chest
Cleveland Clinic Journal of Medicine
Clinical Infectious Diseases
European Journal of Epidemiology
Infectious Disease in Clinical Practice
International Journal of Epidemiology
Journal of the Acquired Immunodeficiency Syndrome
Journal of the American Medical Association
Journal of Infectious Diseases
Reviews of Infectious Diseases
Tubercle & Lung Disease
Western Journal of Medicine

**EDWARD E. TELZAK, M.D.**

**Other Professional Activities:**

| | |
|---|---|
| 1989-1994 | Member, New York City Department of Health Institutional Review Board |
| 1992-1994 | Member, Opportunistic Infection Interest Group, Community Program for Clinical Research on AIDS (CPCRA), National Institute of Health |
| 1992-2000 | Director, Directly Observed Therapy Program for Tuberculosis, Bronx-Lebanon Hospital Center |
| 1992-1997 | Co-Chair, Multidrug Resistant Tuberculosis (MDRTB) Protocol Team, CPCRA and the AIDS Clinical Trials Group (ACTG), National Institute of Health |
| 1992-1997 | Member, Treatment of <u>Mycobacterium</u> <u>tuberculosis</u> in HIV Infection Protocol Team, CPCRA and ACTG, National Institute of Health |
| 1993-present | Member, Scientific Advisory Committee, American Foundation For AIDS Research (AmFAR) |
| 1993 | Peer Reviewer, Evaluation and Management of Early HIV Infection, Clinical Practice Guidelines, United States Department of Health and Human Services, Agency for Health Care Policy and Research, Public Health Service |
| 1994-1996 | Member, Scientific Advisory Committee, CPCRA, National Institute of Health |
| 1994-1999 | Member, Disease Progression Working Group, Women's Interagency HIV Study (WIHS), National Institute of Health |
| 1995-2002 | Editor, International Journal of Infectious Diseases |
| 1996 | Co-chair, Disease Progression Working Group, Women's Interagency HIV Study (WIHS), National Institute of Health |
| 1996-1998 | Councilor, New York Society of Infectious Diseases |
| 1996-2003 | Member, Medical Care Criteria Committee, AIDS Institute, New York State Department of Health |
| 1997 | Chair, Disease Progression Working Group, Women's Interagency HIV Study (WIHS), National Institute of Health |
| 1997-2000 | Chair, Pharmacy & Therapeutics Committee, Bronx-Lebanon Hospital Center |
| 2000-2007 | Member, Steering Committee, Community Programs for Clinical Research on AIDS (CPCRA), National Institute of Allergy and Infectious Diseases, National Institute of Health (NIAID, NIH). |

**EDWARD E. TELZAK, M.D**

**Other Professional Activities Cont'd**

| | |
|---|---|
| 2001-2007 | Co-chair, Science Planning Committee, Community Programs for Clinical Research on AIDS (CPCRA), National Institute of Allergy and Infectious Diseases, National Institute of Health (NIAID, NIH). |
| 2004-2008 | Member, HIV Health and Human Services Planning Council of New York |
| 2007-2008 | Chair, Finance Committee, HIV Health and Human Services Planning Council of New York |

**Grant Support and Contracts:**

| | |
|---|---|
| 1988-1989 | Principal Investigator for epidemiologic study on HIV and genital ulcer disease in New York City (Funded by the Centers for Disease Control). |
| 1988-1989 | Principal Investigator for study on serologic response to Treponema pallidum in HIV infection (Funded by the American Foundation for AIDS Research). |
| 1988-1991 | Co-Investigator - AIDS Clinical Trial Group, National Institute of Allergy and Infectious Diseases, National Institute of Health. |
| 1991-1994 | Co-Investigator - Community Program for Clinical Research on AIDS, National Institute of Allergy and Infectious Diseases, National Institute of Health. |
| 1992-2000 | Principal Investigator for Directly Observed Therapy Program for the treatment of tuberculosis (Funded by the New York State Department of Health). |
| 1993-2000 | Co-Principal Investigator, Women's Interagency HIV Study (Funded by National Institute of Allergy & Infectious Diseases, National Institute of Health). |
| 1993-1996 | Co-Principal Investigator, The Role of Incentives in Promoting Individual Adherence to Tuberculosis Treatment Programs. (Funded by the New York State Department of Health in Collaboration with the Harvard School of Public Health). |
| 1996-2000 | Principal Investigator, Bronx-Lebanon Hospital Center Site, Surveillance for Acyclovir Resistant Herpes Simplex Virus Infections (Funded by The Centers for Disease Control and Prevention and Glaxo Wellcome). |
| 2000-2002 | Principal Investigator, Mental Health Services for HIV Positive Individuals and Families, AIDS Institute, New York State Department of Health. |

**EDWARD E. TELZAK, M.D.**

**Grant Support and Contracts Cont'd**

| | |
|---|---|
| 2000-2007 | Principal Investigator, Bronx AIDS Research Consortium of the Community Programs for Clinical Research on AIDS, National Institute of Allergy and Infectious Diseases, National Institute of Health. |
| 2003-2007 | Principal Investigator, Early Intervention Services in Healthcare Facilities, Medical and Health Research Association (MHRA), Title I of Ryan White CARE Act. |
| 2004-2007 | Principal Investigator, Advanced HIV Prevention Initiative, Centers for Disease Control and Prevention and the New York State Department of Health. |
| 2004-2007 | Principal Site Investigator, Prevention Trials Network, National Institute of Allergy and Infectious Diseases, National Institute of Health. |
| 2007-present | Principal Site Investigator, Microbicide Trials Network,  National Institute of Allergy and Infectious Diseases, National Institute of Health. |
| 2007-present | Principal Site Investigator, AIDS Clinical Trials Group- Bronx Lebanon Hospital Center, National Institute of Allergy and Infectious Diseases, National Institute of Health. |

**Home Address:**

61  Prospect Park West
Brooklyn, N.Y.  11215          Tel. #:  (718) 788-0483

**Office Address:**

1650 Grand Concourse
Bronx, New York 10457          Tel. #:  (718) 960-1212

**Marital Status:**

Married

**Spouses name:**

Laurie Ellen Lieberman

**Dependents:**

Sarah Dorit Lieberman Telzak
Samuel Charles Telzak
Julia Gabrielle Lieberman Telzak

**Military Services:**

U.S. Public Health Service, 1986-1988

**EDWARD E. TELZAK, M.D.**

**BIBLIOGRAPHY**

**Original Articles**

Telzak EE, Wolff SM, Dinarello CA, Conlon T, El Kholy A, Bahr GM, Choay JP, Morin A, and Chedid L.   Clinical evaluation of the immunoadjuvant, murabutide, a derivative of MDP, administered with a tetanus toxoid vaccine.   J Infect Dis 1986;3:628-633.

Rabkin CS, Telzak EE, Goldstein J, Bolton Y, Pallansch M, Anderson L, Kilchevsky E, Solomon S, Martone WJ.   Outbreak of Echovirus 11 infection in hospitalized neonates.   Pediatr Infect Dis J 1988;7:186-190.

Moore PS, Harrison LH, Telzak EE, Ajello GW, Broome CV.   Group A meningococcal carriage in travelers returning from Saudi Arabia.   JAMA 1988;260:2686-2689.

Salgo MP, Telzak EE, Currie B, Perlman DC, Litman N, Levi M, Nathenson G, Benach JL, Al-Hafidh R, Casey J.   A focus of Rocky Mountain spotted fever within New York City.   N Engl J Med 1988;318:1345-1348.

Telzak EE, Spitalny KC, Faur YC, Knapp JS, Gunn RA, Blum S,  Schultz S.   Risk factors for infection with plasmid-mediated high-level tetracycline resistant Neisseria gonorrhoea.   Sex Transm Dis 1989;16:132-136.

Telzak EE, Hii J, Polsky BW, Kiehn TE, Armstrong D.   Nocardia infection in the acquired immunodeficiency syndrome.   Diagn Microbiol Infect Dis 1989;12:517-519.

Cote RJ, Rosenblum M, Telzak EE, Hay M, Cartun RW.   Disseminated Pneumocystis 22 carinii infection causing extrapulmonary organ failure: clinical, pathogenic and immunohistochemical analysis.   Modern Pathology 1990;3:25-30.

Telzak EE, Bell EP, Addiss DG, Kautter DA, Crowell L, Budnick LD, Morse DL, Schultz S.   An international outbreak of type E botulism due to uneviscerated fish.   J Infect Dis 1990;161:340-342.

Telzak EE, Cote RJ, Gold JWM, Campbell SW, Armstrong D.   Extrapulmonary Pneumocystis carinii infections.   Rev Infec Dis 1990;12:380-386.

Telzak EE, Budnick LD, Zweig MS, Blum S, Shayegani M, Benson CE, Schultz S.   A nosocomial Salmonella enteritidis outbreak due to raw eggs.   N Engl J Med 1990;323:394-397.

Sepkowitz KA, Telzak EE, Gold JWM, Bernard EM, Carrow M, Dickmeyer M, Armstrong D.   Pneumothorax in the acquired immunodeficiency syndrome.   Ann Intern Med 1991; 114:455-459.

Telzak EE, Zweig Greenberg MS, Harrison J, Stoneburner RL, Schultz S.   Syphilis treatment response in HIV-infected individuals.   AIDS 1991;5:591-595.

**EDWARD E. TELZAK, M.D.**

**Bibliography Cont'd**

Telzak EE, Zweig Greenberg MS, Budnick LD, Singh T, Blum S, Schultz S.  Diabetes mellitus - a newly described risk factor for infection from Salmonella enteritidis.    J Infect Dis 1991;164:538-541.

Chaisson MA, Stoneburner RL, Hildebrandt DS, Ewing WE, Telzak EE, Jaffe HW.  Heterosexual transmission of HIV-1 associated with the use of smokable freebase cocaine (crack).   AIDS 1991;5:1121-1126.

Purcell KJ, Telzak EE, Armstrong D.  Aspergillus colonization and invasion in patients with AIDS. Clin Infect Dis 1992;1:141-148.

Sepkowitz KA, Brown AE, Telzak EE, Gottlieb S, Armstrong D.   Pneumocystis carinii pneumonia among patients without AIDS at a cancer hospital. JAMA 1992;267:832-837.

Baselga J, Krown SE, Telzak EE, Filippa DA, Straus DJ.   Acquired immune deficiency syndrome-related pulmonary non-Hodgkin's  lymphoma regressing after zidovudine therapy. Cancer 1993;71:2332-4

Turett GS, Fazal B, Johnson B, Telzak EE. Liver abscess due to Corynebacterium jeikeium  in a patient with AIDS.  Clin Infect Dis 1993;17:514-515.

Sepkowitz KA, Telzak EE, Carrow M,  Armstrong D.  Fever among outpatients with advanced HIV infection.  Arch Intern Med 1993;153:1909-1912.

Telzak EE, Chiasson MA, Bevier PJ, Stoneburner RL, Castro KG, Jaffe HW.   HIV-1 seroconversion in patients with and without genital ulcer disease.  Ann Intern Med 1993;119:1181-1186.

Turett GS, Telzak EE.  Normalization of CD4+ T-lymphocyte depletion in persons without HIV infection treated for tuberculosis.  Chest 1994;105:1335-37.

Sepkowitz KA, Telzak EE,   Recalde S,  Armstrong DA and The N. Y. C. Area Tuberculosis Working Group.  Trends in the  susceptibility of tuberculosis in New York City, 1987-1991.  Clin Infect Dis 1994;18:755-9.

Sepkowitz KA, Telzak EE, Opitz L, Armstrong DA.   Chronic cavitary pneumonia due to Pneumocystis carinii in a patient with AIDS.   Infect Dis Clin Pract 1994;3:370-371.

Fazal BA, Turett GS, Chilimuri SS, Mendoza CM, Telzak EE.  Community acquired enterococcal meningitis in an adult.  Clin Infect Dis 1995;20:725-6.

Fazal BA, Telzak EE, Blum S, Pollard C, Bar M, Ernst JA, Turett GS.  Impact of a coordinated tuberculosis team in an inner-city hospital in New York City.  Infect Control Hosp Epidemiol 1995;16:340-3.

**EDWARD E. TELZAK, M.D.**

**Bibliography Cont'd**

Fazal BA, Telzak EE, Turett GS.  Guillain-Barrè syndrome following herpes zoster in an HIV-1 infected patient.  Case report and review of the literature.  Infect Dis Clin Pract 1995;4:314-315.

Fazal BA,  Turett GS,  Justman JE, Hall G, Telzak EE.  Acyclovir induced Stevens-Johnson syndrome.  Clin Infect Dis 1995;21:1038-1039.

Telzak EE, Sepkowitz K, Alpert P, Mannheimer S, Medard F, El-Sadr W, Blum S, Gagliardi A, Salomon N, Turett G.  Multidrug-resistant tuberculosis in patients without HIV infection. N Engl J Med 1995;333:907-911.

Turett GS, Telzak EE, Torian LV, Alland D, Blum S, Weisfuse I, Fazal BA.  Improved outcomes of patients with multidrug-resistant tuberculosis. Clin Infect Dis 1995;21:1238-1244.

Fazal BA, Telzak EE, Blum S, Turett GS, Petersen-Fitzpatrick FE, Lorian V.  Trends in the prevalence of methicillin-resistant *Staphylococcus aureus* associated with discontinuation of an isolation policy.  Infect Control Hosp Epidemiol 1996;17:372-374.

Turett GS, Fazal BA, Justman JE, Alland D, Duncalf RN, Telzak EE.  Exogenous reinfection with multidrug-resistant tuberculosis. Clin Infect Dis 1997;24:513-514.

Fazal BA, Justman JE, Turett GS, Telzak EE.  Community-acquired *Hafnia alvei* infection. Clin Infect Dis 1997;24:527-528.

Perlman DC, El-Sadr WM, Nelson, ET, Matts JP, Telzak EE, Salomon N, Chirgwin K, Hafner R.  Variation of chest radiographic patterns in pulmonary tuberculosis by degree of human immunodeficiency virus-related immunosuppression. Clin Infect Dis 1997;25:242-246.

Telzak EE, Fazal BA, Pollard CL, Turett GS, Justman JE, Blum S.  Factors influencing time to sputum conversion among patients with smear-positive pulmonary tuberculosis.  Clin Infect Dis 1997;25:666-670.

Perlman DC,  El-Sadr WM, Heifets LB, Nelson ET, Matts JP, Chirgwin K, Salomon N, Telzak EE, Klein O, Kreiswirth BN, Musser JM, Hafner R.   Susceptibility to levofloxacin of *Mycobacterium tuberculosis* isolates from patients with HIV-related tuberculosis and characterization of a strain with levofloxacin monoresistance. AIDS 1997;11:1473-1478.

Moss AR, Alland D, Telzak E, Hewlett D Jr., Sharp V, Chiliade P, LaBombardi V, Kabus D, Hanna B, Palumbo L, Brudney K, Weltman A, Stoeckle K, Chirgwin K, Simberkoff M, Moghazeh S, Eisner W, Lutfey M, Kreiswirth B.  A city-wide outbreak of a multiple-drug-resistant strain of *Mycobacterium tuberculosis* in New York. Int J Tuberc Lung Dis 1997;1:115-121.

**EDWARD E. TELZAK, M.D.**

**Bibliography Cont'd**

El-Sadr WM, Perlman DC, Matts JP, Nelson ET, Cohn DL, Salomon N, Olibrice M, Medard F, Chirgwin KD, Mildvan D, Jones BE, Telzak EE, Klein O, Heifets L, Hafner R, for the Terry Beirn Community Programs for Clinical Research on AIDS (CPCRA) and the AIDS Clinical Trials Group (ACTG). Evaluation of an intensive intermittent-induction regimen and duration of short-course treatment for human immunodeficiency virus-related pulmonary tuberculosis. Clin Infect Dis 1998;26:1148-1158.

Telzak EE, Hershow R, Kalish LA, Hardy WD Jr., Zuckerman E, Levine A, Delapenha R, Dehovitz J, Greenblatt, RM, Anastos K. Seroprevalence of HTLV-I and HTLV-II among a cohort of HIV-infected women and women at risk for HIV infection. J Acquir Immune Defic Syndr Hum Retrovirol 1998;19:513-518.

Telzak EE, Chirgwin KD, Nelson ET, Matts JP, Sepkowitz KA, Benson CA, Perlman DC, El-Sadr WM for the Terry Beirn Community Programs for Clinical Research on AIDS (CPCRA) and the AIDS Clinical Trials Group (ACTG). Predictors for multidrug-resistant tuberculosis among HIV-infected patients and response to specific drug regimens. Int J Tuberc Lung Dis 1999;3(4):337-343.

Anastos K, Kalish LA, Palacio H, Benson CA, Delapenha R, Chirgwin K, Stonis L, Telzak EE. Prevalence of and risk factors for tuberculin positivity and skin test anergy in HIV-1-infected and uninfected at-risk women. J Acquir Immune Defic Syndr Hum Retrovirol 1999;21(2):141-7

Turett GS, Blum S, Fazal BA, Justman JE, Telzak EE. Penicillin resistance and other predictors of mortality on pneumococcal bacteremia in a population with high human immunodeficiency virus seroprevalence. Clin Infect Dis;1999;29(2):321-327.

Davidson H, Schluger NW, Feldman PH, Valentine DP, Telzak EE, Laufer FN. The effects of increasing incentives on adherence to tuberclosis directly observed therapy. Int J Tuberc Lung Dis 2000;4(9):860-865.

Turett GS, Blum S, Telzak EE. Recurrent pneumococcal bacteremia risk factors and outcomes. Arch Intern Med 2001;161:2141-2144.

Data Collection on Adverse Events of Anti-HIV Drugs (DAD) Study Group. Combination antiretroviral therapy and the risk of myocardial infarction. N Engl J Med 2003;349(21);1993-2003

Mannheimer SB, Matts J, Telzak E, Chesney M, Child C, Wu AW, Friedland G. Quality of life In HIV-infected individuals receiving antiretroviral therapy is related to adherence. AIDS Care 2005;17(1);10-22.

Kozal MJ, Hullsiek KH, MacArthur RD, Berg-Wolf M, Peng G, Xiang Y, Baxter JD, Uy J, Telzak EE, Novak RM for the Terry Beirn Community Programs for Clinical Research on AIDS. The incidence of HIV drug resistance and its impact on progression of HIV disease among antiretroviral-naïve participants started on three different antiretroviral therapy strategies. HIV Clin Trials. 2007 Nov-Dec;8(6):357-70.

## EDWARD E. TELZAK, M.D.

### Bibliography Cont'd

Gardner EM, Sharma S, Peng G, Hullsiek KH, Burman WJ, MacArthur RD, Chesney M, Telzak EE, Friedland G, Mannheimer SB. Differential adherence to combination antiretroviral therapy is associated with virological failure with resistance. AIDS 2008 Jan 2;22(1):75-82.

Mannheimer S, Thackeray L, Hullsick KH, Chesney M, Gardner EM, Wu AW, Telzak EE, Lawrence J, Baxter J, Friedland G. A randomized comparison of two instruments for measuring self-reported antiretroviral adherence. AIDS Care 2008 Feb;20(2):161-9.

Mannheimer SB, Wold N, Gardner EM, Telzak EE, Huppler Hullsiek K, Chesney M, Wu AW, MacArthur RD, Matts J, Friedland G for the Terry Beirn Community Programs for Clinical Research on AIDS. Mild-to-moderate symptoms during the first year of antiretroviral therapy worsen quality of life in HIV-infected individuals. Clin Infect Dis 2008 Mar 15;46(6):941-5.

Burman W, Grund B, Neuhaus J, Douglas Jr. J, Friedland G, Telzak EE, Colebunders R, Paton N, Fisher M, and Rietmeijer C, for the SMART Study Group INSIGHT. Episodic antiretroviral therapy increases HIV transmission risk compared with continuous therapy: results of a randomized controlled trial. J Acquir Immune Defic Syndr 2008 Oct 1;49(2):142-50.

### Government Publications:

Centers for Disease Control. International Outbreak of type E botulism associated with ungutted, salted whitefish. MMWR 1987; 36:812-3.

Centers for Disease Control. Multistate outbreak of Shigella  sonnei gastroenteritis - United States. MMWR 1987; 36:440-2; 448-9.

Centers for Disease Control. Meningococcal disease among travellers returning from Saudi Arabia. MMWR 1987; 36:559.

Telzak EE, Grumm F, Coffey J, White DAE, Schreiber AN, Quan S, et al. Rapid HIV Testing in Emergency Departments-Three U.S.Sites,January 2005-March 2006 MMWR 2007;56(24);597-601.

### Reviews and Letters

Telzak EE, Wolff SM. Immunotherapy and immunoprophylaxis of gram-negative rod bacteremia. In: Root RK, Sande MA, eds. Septic Shock. New York: Churchill-Livingston, 1985: 257-76.

Pursell KJ, Telzak EE. Infectious complications of neoplastic diseases in the intensive care unit. In: Groeger JS, ed. Critical Care of the Cancer Patient. Chicago: Year Book Medical Publishers, 1991:40-63.

Sepkowitz K, Telzak EE, Armstrong D. Risk for pneumothorax in AIDS (letter). Ann Intern Med 1991; 115:156-157; 328-329.

Bernard E, Sepkowitz KA, Telzak EE, Armstrong D. Pneumocystosis. In: White DA, Gold JWM, eds. Medical management of AIDS patients. Medical Clinics of North America, Philadelphia: W.B. Saunders Company, 1992: 107-119.

**EDWARD E. TELZAK, M.D.**

**Reviews and Letters Cont'd**

Telzak EE and Armstrong D.  Extrapulmonary infection and other unusual manifestations of Pneumocystis carinii.  In: Walzer PD, ed.  Pneumocystis carinii pneumonia.  New York: Marcel Dekker, Inc. 1993:  361-378.

Telzak EE.  The resurgence of tuberculosis.  Hudson Monitor 1993; 1:  40-43.

Gold JWM, Telzak EE, Armstrong D.  Overview of patients with T-cell defects:  Part I.  Clin Inf Dis (suppl 2) 1993; 17:S414-S415.

Turett GS, Telzak EE, Gold JWM.  Strategies to manage resurgent TB.  Internal Medicine 1994; 15:50-63.

Turett GS, Telzak EE. What Causes CD4+ T-lymphocytopenia (letter)? Chest 1995; 107:589-591.

Turett GS, Telzak EE, Crooks J, Fazal BA.  Reversible lymphopenia in patient with Rocky Mountain spotted fever contracted in New York City (letter).  Lancet 1995;345:647-8.

Telzak EE, Sepkowitz K, Turett GS.  Multidrug-resistant tuberculosis (letter).  N Engl  J Med 1996;334:267-269.

Telzak EE, Turett GS.  Tuberculosis.  In:  Conn RB, Borer WZ, Snyder JW, ed.  Current Diagnosis 9. Philadelphia:  W.B. Saunders Company, 1997:152-156.

Telzak EE.  Tuberculosis and human immunodeficiency virus infection.  In:  Gold JWM, Telzak EE, White DA, eds.  Management of the HIV-infected patient, Part II:  Infections and Malignancies Associated with HIV Infection, Medical Clinics of North America, Philadelphia: W.B. Saunders Company, 1997:345-360.

Telzak EE, Fazal BA, Turett GS, Justman JE, Blum S.  Factors influencing time to sputum conversion among patients with smear-positive pulmonary tuberculosis (letter).  Clin Inf Dis 1998;26:775-776.

Telzak EE.  Sexually transmitted diseases.  Journal of Urban Health 1998;75:507-510.

Horowitz H, Telzak EE, Sepkowitz K, Wormser G.  Human immunodeficiency virus infection, Part I.  Dis Mon 1998;44:545-606.

Horowitz H, Telzak EE, Sepkowitz K, Wormser G.  Human immunodeficiency virus infection, Part II.  Dis Mon 1998; 44:677-716.

Telzak EE, Sepkowitz KA.  Therapy of multidrug resistant tuberculosis.  In: Schlossberg D, ed. Tuberculosis, 4th edition.  New York:  Springer-Verlag, 1999;83-92.

Telzak EE.  Mycobacterial infections.  Criteria for the medical care of adults with HIV-infection. Medical Care Criteria Committee, AIDS Institute, New York State Department of Health, New York, NY, 2000.

**EDWARD E. TELZAK, M.D.**

**Reviews and Letters** Cont'd

Telzak EE.  Treatment outcome of multidrug-resistant tuberculosis.  In: Bastian I. And Portaels F, ed.   Multidrug-Resistant Tuberculosis.   Dordrecht, The Netherlands, Kluwer Academic Publishers, 2000:205-212.

Telzak EE.  Mycobacterial infections.  Criteria for the medical care of adults with HIV-infection. Medical Care Criteria Committee, AIDS Institute, New York State Department of Health, New York, NY, 2004

## Books

Gold JWM, Telzak EE, White DA, eds.  Management of the HIV-infected patient, Part I: HIV Infection, Medical Clinics of North America, Philadelphia:  W.B. Saunders Company, 1996.

Gold JWM, Telzak EE, White DA, eds.  Management of the HIV-infected patient,  Part II: Infections and Malignancies Associated with HIV Infection, Medical Clinics of North America, Philadelphia: W.B. Saunders Company, 1997.

## Abstracts

Rabkin CS, Telzak EE, Ho Ms, Goldstein J, Bolton Y, Pallansch M, Anderson L, Kilchevsky, E. Solomon S, Martone W J.  An outbreak of Echovirus 11 infection in hospitalized neonates. Presented at the American Society for Microbiology, March 1-6, 1987, Atlanta, GA.

Telzak EE, Spitalny KC, Miles JR, Faur YC, Gareen IF, Rivera JA, Knapp JS, Schultz S. Risk factors for the acquisition of tetracycline-resistant Neisseria gonorrhoea.  Presented at the Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), October 5-7, 1987, New York, NY.

Telzak EE, Budnick LD, Zweig MS, Schultz S.  The raw egg connection:  Salmonella in a chronic care facility.  Presented at The American Public Health Association - Infectious Diseases Epidemiology Session, October 19-22, 1987, New Orleans, LA.

Telzak EE, Budnick LD, Zweig MS, Schultz S.  A Salmonella enteritidis outbreak caused by raw eggs in mayonnaise, New York City.  Presented at the Epidemic Intelligence Service (EIS) 37th Annual Conference, April 18-22, 1988, Centers for Disease Control, Atlanta, GA.

Moore P, Harrison L, Telzak E, Ajello G,  Broome C.  Risk factors for group A meningococcal carriage in pilgrims returning from Saudi Arabia.  Presented at the Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), October 23-26, 1988, Los Angeles, CA.

Telzak EE, Zweig M, Harrison J, Stoneburner R, Schultz S. Syphilis treatment response in HIV infected persons.  V International Conference on AIDS, June 4-9, 1989, Montreal, Canada.

Telzak EE, Chiasson MA, Stoneburner RL, Rivera J, Jaffee HW, Schultz S.  A prospective cohort study of HIV-1 seroconversion in patients with genital ulcer disease in New York City.  V International Conference on AIDS, June 4-9, 1989, Montreal, Canada.

**EDWARD E. TELZAK, M.D.**

**Abstracts  Cont'd**

Chiasson MA, Stoneburner RL, Telzak E, Hildebrandt D, Schultz S, Jaffee HW.  Risk factors for HIV-1 infection in STD clinic patients: evidence for crack-related heterosexual transmission.  V International Conference on AIDS, June 4-9, 1989, Montreal, Canada.

Sepkowitz K, Telzak EE, Carrow M, Dickmeyer M, Bernard E, Gold JWM, Armstrong D. Pneumothoraces in patients with AIDS.  V International Conference on AIDS, June 4-9, 1989, Montreal, Canada.

Telzak EE, Budnick LD, Zweig MS, Blum S, Sheyagani M, Benson C, Schultz S.  Salmonella serotype enteritidis: the chain of transmission.  Presented at the Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), September 17-20, 1989, Houston, Texas.

Sepkowitz KA, Gottlieb S, Telzak EE, Brown AE, Armstrong D. Pneumocystis carinii pneumonia among non-AIDS patients at a cancer hospital. Sixth International Symposium on Infections in the Immunocompromised Host, June 3-6, 1990, Peebles, Scotland.

Telzak EE, Chiasson M, Stoneburner R, Rivera J, Schultz S, Jaffe H. HIV seroconversion in patients with genital ulcer disease in New York City: A prospective study. Sixth International Conference on AIDS, June 19-24, 1990, San Francisco, California.

Chiasson MA, Stoneburner RL, Hildebrandt DS, Telzak EE, Jaffe HW. Heterosexual transmission of HIV associated with the use of smokable freebase cocaine (crack). Sixth International Conference on AIDS, June 19-24, 1990, San Francisco, California.

Telzak EE, Chiasson MA, Bevier M, Rivera A, Jaffe HW. Genital ulcer disease and the risk of HIV seroconversion in New York City. The American Public Health Association Meetings, Epidemiology Section, October 1-3, 1990, New York, NY.

Sepkowitz K, Telzak EE, Armstrong D. A prospective study of fever among outpatients with advanced HIV infection. Seventh International Conference on AIDS, June 16-21, 1991, Florence, Italy.

Telzak EE, Chiasson M, Bevier P, Castro K, Jaffe H, Stoneburner R. Chancroid and the high risk of HIV seroconversion in male heterosexuals in New York City. Seventh International Conference on AIDS, June 16-21, 1991, Florence, Italy.

Rosenberg AS, Telzak EE, Koll B, Krown S, Paredes J, Armstrong D. Pneumocystis carinii associated with bowel perforation in two AIDS patients. Eighth International Conference on AIDS, July 19-24, 1992, Amsterdam, The Netherlands.

Chiasson MA, Bevier P, Telzak EE, Castro K. High HIV seroincidence in New York City STD clinic patients. Eighth International Conference on AIDS, July 19-24, 1992, Amsterdam, The Netherlands.

Turett GS, Telzak EE, WG Millett, MK Daya, V. Lorian.  Changes in susceptibility of Mycobacterium tuberculosis at an inner-city hospital in New York City.  Clin Infect Dis 1993; 17:572 - Abstract 251.   1993 Annual Meeting of the Infectious Diseases Society of America (IDSA), October 16-17, 1993,  New Orleans, LA.

**EDWARD E. TELZAK, M.D.**

**Abstracts** Cont'd

Guishard D, Telzak EE, Marks P. Directly observed therapy (DOT) for tuberculosis in the South Bronx: The Bronx-Lebanon Hospital Center experience. 121st American Public Health Association Meetings, October 24-28, 1993, San Francisco, CA.

Fazal BA, Telzak EE, Pollard C, Turett GS. Impact of a tuberculosis (TB) team in an inner-city hospital center. The Fourth Annual Meeting of The Society for Hospital Epidemiology of America, March 20-22, 1994, New Orleans, Louisiana.

Telzak EE, Turett G, Torian L, Fazal B, Weisfuse I. Multidrug-resistant tuberculosis (MDRTB) in the South Bronx: clinical characteristics and improved outcome. Eighth International Conference on Infections in the Immunocompromised Host, June 19-22, 1994, Davos, Switzerland.

Telzak EE, Sepkowitz K, Albert P, El-Sadr W, Blum S, Gagliardi A, Sharp V, Turett G. Multidrug-resistant tuberculosis (MDRTB) among HIV-negative patients. 1994 Annual Meeting of the Infectious Diseases Society of America, October 7-10, 1994, Orlando, Florida.

Turett GS, Telzak EE, Torian LV, Weisfuses IB, Blum S, Fazal BA. Improved outcome of HIV-infected patients with multidrug-resistant tuberculosis (MDRTB) in a nonoutbreak setting at an inner-city hospital in New York City. The 2nd National Conference-Human Retroviruses and Related Infections. January 29 - February 2, 1995, Washington, D.C.

Fazal BA, Telzak EE, Turett GS, Petersen-Fitzpatrick FE, Blum S, Lorian V. Methicillin-resistant *Staphylococcus aureus* (MRSA): Incidence associated with change in isolation policy in an inner-city hospital. The Fifth Annual Meeting of The Society for Healthcare Epidemiology of America, April 2-4, 1995, San Diego, California.

Telzak EE, Fazal BA, Pollard CL, Turett GS, Bar M, Justman JE, Blum S. Factors influencing time to sputum conversion among patients with smear-positive pulmonary tuberculosis. Lancet Conference 1995/The Challenge of Tuberculosis, September 14-15, 1995, Washington, D.C.

Telzak EE, Chirgwin K, Howard S, Matts J, Perlman D, El-Sadr W, and the Community Programs for Clinical Research on AIDS and AIDS Clinical Trials Group. A prospective study of predictors for multidrug-resistant tuberculosis (MDRTB) among HIV-infected patients. Lancet Conference 1995/The Challenge of Tuberculosis, September 14-15, 1995, Washington, D.C.

Perlman DC, El-Sadr W, Nelson E, Heifets L, Telzak E, Chirgwin K, Salomon N, Matts J, Hafner R, and Community Programs for Clinical Research on AIDS and AIDS Clinical Trials Group, NIAID . Susceptibility to levofloxacin of *Mycobacterium tuberculosis* isolates from patients in a multicenter treatment study of HIV-related tuberculosis. 35th Interscience

Conference on Antimicrobial Agents and Chemotherapy (ICAAC), September 17-20, 1995, San Francisco, California.

**EDWARD E. TELZAK, M.D.**

**Abstracts Cont'd**

El-Sadr W, Perlman D, Nelson E, Matts J, Chirgwin K, Telzak E, Olibrice M, Salomon N, and Community Programs for Clinical Research on AIDS and AIDS Clinical Trials Group, NIAID. Characteristics of patients enrolled in a multicenter study for the treatment of tuberculosis in HIV-infected patients. 35th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), September 17-20, 1995, San Francisco, California.

Telzak EE, Sepkowitz K, Alpert P, El-Sadr W, Medard F, Mannheimer S, Blum S, Turett G. Successful treatment of multidrug-resistant tuberculosis (MDRTB) among HIV-negative patients. 33rd Annual Meeting of the Infectious Diseases Society of America (IDSA), September 16-18, 1995, San Francisco, California.

Turett GS, Shaik M, Akram JM, Blum S, Fazal BA, Dobroszycki, Hong T, Justman JE, Telzak EE. Pneumococcal bacteremia at an inner-city hospital during a three year period. 33rd

Annual Meeting of the Infectious Diseases Society of America (IDSA), September 16-18, 1995, San Francisco, California.

Perlman DC, El-Sadr W, Nelson E, Matts J, Telzak E, Salomon N, Chirgwin K, Hafner R, and Community Programs for Clinical Research on AIDS and AIDS Clinical Trials Group,

NIAID. Radiographic presentation of HIV-related tuberculosis vary by CD4 count. 33rd Annual Meeting of the Infectious Diseases Society of America (IDSA), September 16-18, 1995, San Francisco, California.

Fazal BA, Turett GS, Justman JE, Pollard C, Rabassa A, Blum S, Telzak EE. Cross-resistance between aminoglycoside and polypeptide antibiotics in streptomycin resistant *Mycobacterium tuberculosis* (MTB). The 96th General Meeting of the American Society for Microbiology (ASM), May 19-23, 1996, New Orleans, Louisiana.

Telzak EE, Hershow R, Kalish L, Hardy W, Zuckerman E, Levine A, Delapenha R, DeHovitz J, Greenblatt R, Anastos K. HTLV-I/II seroprevalence among a cohort of HIV-infected women. XI International Conference on AIDS, July 7-12, 1996, Vancouver, Canada.

Anastos K, Telzak E, Chirgwin K, Benson C, Delapenha R, Kalish L. Prevalence and risk factors for tuberculin positivity in a cohort of HIV infected and uninfected at risk women. XI International Conference on AIDS, July 7-12, 1996, Vancouver, Canada.

Palacio H, Anastos K, Kalish L, Benson C, Delapenha R, Chirgwin K, Stonis L, Telzak E. Cutaneous anergy in HIV-positive and HIV-negative women: A comparison of Candida, Mumps and Tetanus antigen testing. XI International Conference on AIDS, June 7-12, 1996, Vancouver, Canada.

El-Sadr W, Perlman DC, Matts JP, Nelson E, Cohn D, Telzak E, Chirgwin K, Salomon N, Olibrice M, Hafner R. Outcome of an induction regimen for the treatment of HIV-related Tuberculosis (TB): Evaluation of the addition of a quinolone. XI International Conference on AIDS, June 7-12, 1996, Vancouver, Canada.

## EDWARD E. TELZAK, M.D.

### Abstracts Cont'd

Hardy WD, Zuckermann EE, Telzak E, Hershow R, Kalish L, Levine A, Delapenha R, DeHovitz J, Greenblatt R, Gold JWM, Armstrong D, Polsky B, Baron P, Anastos K. HTLV-I/II seroprevalence among HIV-1 infected women and women at risk of HIV-1 infection. Annual Meeting of the Institute of Human Virology, September 7-13, 1996, Baltimore, MD.

Turett GS, Marshall CJ, Bilenkin L, Blum S, Grumm F, Pollard C, Colon J, Dobroszycki J, Telzak EE.  Directly observed therapy for tuberculosis at Bronx-Lebanon Hospital Center, an inner-city hospital.  34th Annual Meeting of the Infectious Diseases Society of America (IDSA), September 18-20, 1996, New Orleans, Louisiana.

Telzak EE, Chirgwin K, Nelson E, Matts J, Benson C, Sepkowitz K , Perlman D, El-Sadr W and The Terry Beirn Community Programs For Clinical Research on AIDS and AIDS Clinical Trials Group, NIAID.  Predictors for multidrug-resistant tuberculosis among HIV-infected patients and response to specific MDRTB drug regimens. 4th Conference on Retroviruses and Opportunistic Infections, January 22-26, 1997, Washington, D.C.

Mathis R, Blum S, Stolarski C, Platt T, Telzak E, Gates P.  Dental study of an HIV infected urban minority population.  International Association for Dental Research, March 1997, Miami, FL.

Telzak EE, Sepkowitz K, Medard F, Alpert P, Blum S, Salomon N, Turett G.  Durable remission after successful treatment of multidrug-resistant tuberculosis (MDRTB) among HIV-negative patients. 35th Annual Meeting of the Infectious Diseases Society of America (IDSA), September 13-16, 1997, San Francisco, California.

Telzak EE, Grumm F, Blum S, Bhalodkar A, Fazal B, Justman J, Pollard C, McGowan J, Turett G. Risk factors for noncompliance among patients with tuberculosis (TB) enrolled in a Directly Observed Therapy (DOT) program. 35th Annual Meeting of the Infectious Diseases Society of America (IDSA), September 13-16, 1997, San Francisco, California.

Turett G, Blum S, Shaikh M, Akram J, Bascom C, Roc F, Dobroszycki J, Pollard C, Fazal B, Justman J, Telzak E.  Predictors of mortality in pneumococcal bacteremia. 35th Annual Meeting of the Infectious Diseases Society of America (IDSA), September 13-16, 1997, San Francisco, California.

Hardy WD Jr, Zuckerman EE, Gold JWM, Telzak E, Olivo N, Turett G, Dobroszycki J, Baron P, Gilhuley K, Kiehn TE, Polsky B, Armstrong D. *Bartonella henselae*, cats and HIV-1 infection. 1997 Annual Meeting of the Institute of Human Virology, September 15 - 21, 1997, Baltimore, Maryland.

Babayan K, Tanielian H, Sepkowitz K, Telzak E, DeHovitz J.  Changes in stage of syphilis among Armenian commercial sex workers from 1994-1996.  International Congress of Sexually Transmitted Diseases,  October 19-22, 1997, Seville, Spain.

El-Sadr W, Perlman D, Matts J, Nelson E, Cohn D, Salomon N, Olibrice M, Telzak E, Jones B, Hafner R.  Intermittent short course therapy for the treatment of HIV-related pulmonary tuberculosis:  a prospective randomized trial in the US (CPCRA 019/ACTG 222).  American Lung Association/American Thoracic Society International Conference, April 24-29, 1998, Chicago, IL.

**EDWARD E. TELZAK, M.D.**

**Abstracts Cont'd**

Smith C, Shah SS, McGowan JP, Blum S, Telzak EE, Malik A, Klein RS. Geriatric AIDS population study (GAPS) of an inner city population in the United States. 12th World AIDS Conference, June 28th-July 3, 1998, Geneva, Switzerland.

McGowan JP, Shah SS, Smith C, Blum S, Malik A, Telzak EE, Klein RS. Geriatric AIDS population study (GAPS): The use of highly active antiretroviral therapy. 12th World AIDS Conference, June 28th-July 3, 1998, Geneva, Switzerland.

Gange SJ, Schneider M, French A, Levine A, Telzak EE, Minkoff H, Young M. and Greenblatt R, for the Women's Interagency HIV Study (WHIS) Collaborative Study Group. The impact of prior nucleoside regimens on the response to potent antiretroviral therapy. XIII International AIDS Conference, July 9-14, 2000, Durban, South Africa.

Turett GS, Blum S, Telzak EE. Recurrent pneumococcal bacteremia – risk factors and outcomes. 38th Annual Meeting of the Infectious Diseases Society of America (IDSA), September 8-10, 2000, New Orleans, Louisiana.

Mannheimer S, Friedland G, Matts J, Child C, Telzak E, and Chesney M, for the Terry Beirn Community Programs for Clinical Research on AIDS (CPCRA). Antiretroviral adherence correlates with quality of life. 8th Conference on Retroviruses and Opportunistic Infections, February 4-8, 2001, Chicago, Illinois.

Petersen-Fitzpatrick F, Blum S, Fazal B, Kish A, Falvo C, Lorian V, Telzak E. Risk factors for **acinetobacter** in an inner-city hospital intensive care unit: A case control study. The Society for Healthcare Epidemiology of America (SHEA), April 1-3, 2001, Toronto, Canada.

Friedland G, Mannheimer S, Matts J, Child C, Telzak E and Chesney M, for the Terry Beirn Community Programs for Clinical Research on AIDS (CPCRA). Duration of antiretroviral adherence predicts biologic outcomes in clinical trials. 1st IAS Conference on HIV Pathogenesis and Treatment, July 8-11, 2001, Buenos Aires, Argentina.

Mannheimer S, Matts J, Child C, Chesney M, Telzak E, Wu A, Friedland G, and the Terry Beirns Community P rograms for Clinical Research on AIDS (CPCRA). Low-grade symptoms worsen quality of life for HIV-infected individuals in antiretroviral therapy clinical trials. 11th Conference on Retroviruses & Opportunistic Infections, February 8-11, 2004, San Francisco, CA.

Mannheimer S, Thackeray L, Huppler Hullsiek K, Chesney M, Gardner E, Wu A, Telzak E, Lawrence J, Baxter J, and Friedland G, for the Terry Beirn Community Program for Clinical Research on AIDS (CPCRA). A randomized comparison of two instruments for measuring self-reported antiretroviral adherence. 2006 NIMH/IAPAC International Conference on HIV Treatment Adherence, March 8-10, 2006, Jersey City, New Jersey.

Gardner EM, Sharma S, Peng G. Huppler Hullsiek K, Burman WJ, MacArthur RD, Chesney M, Telzak EE, Friedland G, Mannheimer SB. Selective nonadherence to components of combination antiretroviral therapy is associated with virologic failure and antiretroviral resistance. 2007 NIMH/IAPAC International Conference on HIV Treatment Adherence, March 2007, Jersey City, New Jersey.

**EDWARD E. TELZAK, M.D.**

**Abstracts Cont'd**

Burman W,  Grund B, Neuhaus J, Douglas J, Friedland G, Telzak E, Colebunder R, Paton N, Fisher M, Rietmeijer C for the INSIGHT Group.  The impact of episodic antiretroviral therapy on HIV transmission risk:  A substudy of the SMART study.  14th Conference on Retroviruses and Opportunistic Infections (CROI), February 25-28, 2007, Los Angeles, CA.

Telzak EE, Huppler Hullsiek K, Mannheimer S, Peng G, Sharm S, Gardner E, MacArthur R, Chesney M, Friedland G and the Terry Beirns Community Programs for Clinical Research on AIDS (CPCRA).  Adherence and impact on virologic failure and resistance:  The FIRST study 45th Annual Meeting of the Infectious Diseases Society of America (IDSA), October 4-7, 2007, San Diego, CA.

Gardner E, Peng G, Telzak EE, Huppler Hullsiek, Burman W, Chesney M, Friedland G, MacArthur R, Mannheimer S.  Analysis of the relationship between antiretroviral medication adherence and class-specific resistance in a large prospective randomized clinical trial. Conference on Retroviruses and Opportunistic Infections (CROI), February 3-6, 2008, Boston, MA.

**Sept 2009**