# MANDATE

<div style="text-align: center;">

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

</div>

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand fourteen,

_____

| | |
|---|---|
| Warren Jupiter, Barbara Jupiter, | **ORDER** |
| Plaintiff - Appellees, | Docket No. 13-3897 |
| v. | |
| United States of America, | |
| Defendant - Appellant. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

<div style="margin-left: 50%;">

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

</div>



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/03/2014**